■ In the Matter of ELIZABETH T., Respondent, v ANDREW T., Appellant. [998 NYS2d 636]—

Order, Family Court, New York County (Carol Goldstein, Referee), entered on or about December 10, 2013, which denied respondent's motion to vacate a two-year order of protection in petitioner's favor, unanimously reversed, on the law, without costs, and the order of protection vacated.

The order of protection is vacated because, even though it was properly entered upon respondent's failure to appear at the scheduled hearing, the Court of Appeals has since determined that the family offense of aggravated harassment in the second degree (Penal Law § 240.30 [1]), upon which this particular order of protection was based, "is unconstitutionally vague and overbroad" (*People v Golb*, 23 NY3d 455, 467 [2014]; *see Matter of Lystra Fatimah N. v Rafael M.*, 122 AD3d 499 [1st Dept 2014]; *Matter of Arnold v Arnold*, 119 AD3d 938, 939 [2d Dept 2014]). Concur—Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.